■ In the Matter of HENRY FLORES et al., Appellants, v ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, and HENRY GONZALEZ, JR., Respondents. In the Matter of WILLIAM C. KROEGER, Appellant, v ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, and WALTER KIRSCHENBAUM et al., Respondents, et al. In the Matter of DOROTHY KAUFMAN et al., Appellants, v ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, and RUTH KAHN et al., Respondents. — Three judgments, Supreme Court, New York County (Alvin Klein, J.), all entered on August 21, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Silverman, J. P., Fein, Kassal and Alexander, JJ.

■ In the Matter of VINCENT A. MARCHISELLI, Appellant, v AGATHER E. WATT et al., and BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondents. — Judgment, Supreme Court, Bronx County (Orest V. Maresca, J.), entered on August 21, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Silverman, J. P., Bloom, Fein, Kassal and Alexander, JJ.

■ In the Matter of JOSE L. RIVERA et al., Respondents, v ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, Respondents, and HERBERT D. GLENN et al., Appellants. In the Matter of HERBERT D. GLENN et al., Appellants, v ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, and JOSE L. RIVERA et al., Respondents. — Judgment, Supreme Court, Bronx County (Orest V. Maresca, J.), entered on August 21, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Silverman, J. P., Bloom, Fein, Kassal and Alexander, JJ.